PIEDMONT BANK AND TRUST COMPANY v. OBIE STEVENSON AND
SHIRLEY M. STEVENSON

No. 139A86

(Filed 2 July 1986)

DEFENDANT Shirley M. Stevenson appeals as a matter of right, pursuant to N.C.G.S. § 7A-30(2), from the decision of a divided panel of the Court of Appeals, 79 N.C. App. 236, 339 S.E. 2d 49 (1986). Heard in the Supreme Court 10 June 1986.

*Clontz and Clontz, by Ralph C. Clontz, III, for plaintiff-appellee.*

*Roger Lee Edwards, for defendant-appellant.*

PER CURIAM.

The trial court entered judgment on 23 August 1984, granting defendant's motion for directed verdict made at the close of plaintiff's evidence. A divided panel of the Court of Appeals held that the directed verdict was improvidently granted and ordered a new trial. Defendant Shirley M. Stevenson appealed to this court as a matter of right.

The decision of the Court of Appeals is affirmed.

Affirmed.